```
X  FILED      ___ LODGED
___ RECEIVED  ___ COPY

OCT 2 6 2005

CLERK U S DISTRICT COURT
    DISTRICT OF ARIZONA
BY_____ DEPUTY
```

*REDACTED FOR PUBLIC DISCLOSURE*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America<br><br>　　　　　Plaintiff,<br>　　v.<br><br>Brian Perez ,<br><br>　　　　　Defendant. | NO. **C R 0 5 - 1 1 3 1 PHX - DGC (ECV)**<br><br>**I N D I C T M E N T**<br><br>VIO: 18 U.S.C. § 1344<br>(Bank Fraud)<br>Counts 1- 4 |

THE GRAND JURY CHARGES:

### COUNT 1

On or about February 25, 2005,  in the District of Arizona, defendant, BRIAN PEREZ, with intent to defraud, did knowingly attempt to execute a scheme and artifice to defraud a federally insured financial institution to obtain monies, funds, and credits under the custody and control of the institution, that is, Washington Mutual Bank located at 7952 N. 43 Avenue, Glendale Arizona, by means of false and fraudulent pretenses, representations and promises, to wit: defendant, BRIAN PEREZ, deposited a counterfeit check, numbered 1638, drawn on the Bank of America account of AWSM Technology in the amount of $4,766.45 with Brian Perez as the payee, knowing he was not the authorized payee.

In violation of Title 18, United States Code, Section 1344.

1

## COUNT 2

2    On or about February 28, 2005, in the District of Arizona, defendant, BRIAN PEREZ, with

3    intent to defraud, did knowingly attempt to execute a scheme and artifice to defraud a federally

4    insured financial institution to obtain monies, funds, and credits under the custody and control

5    of the institution, that is, Washington Mutual Bank located at 18631 N. 19 Avenue, Phoenix

6    Arizona, by means of false and fraudulent pretenses, representations and promises, to wit:

7    defendant, BRIAN PEREZ, deposited a counterfeit check, numbered 1644, drawn on the Bank

8    of America account of AWSM Technology in the amount of $1,146.88 with Brian Perez as the

9    payee, knowing he was not the authorized payee.

10    In violation of Title 18, United States Code, Section 1344.

11

## COUNT 3

12    On or about February 28, 2005, in the District of Arizona, defendant, BRIAN PEREZ,

13    with intent to defraud, did knowingly attempt to execute a scheme and artifice to defraud a

14    federally insured financial institution to obtain monies, funds, and credits under the custody and

15    control of the institution, that is, Washington Mutual Bank located at 18631 N. 19 Avenue,

16    Phoenix Arizona, by means of false and fraudulent pretenses, representations and promises, to

17    wit: defendant, BRIAN PEREZ, deposited a counterfeit check, numbered 1643, drawn on the

18    Bank of America account of AWSM Technology in the amount of $4,566.52 with Brian Perez

19    as the payee, knowing he was not the authorized payee.

20    In violation of Title 18, United States Code, Section 1344.

21

## COUNT 4

22    On or about March 2, 2005, in the District of Arizona, defendant, BRIAN PEREZ, with

23    intent to defraud, did knowingly attempt to execute a scheme and artifice to defraud a federally

24    insured financial institution to obtain monies, funds, and credits under the custody and control

25    of the institution, that is, Bank of America located at 5755 N. 19 Avenue, Phoenix Arizona, by

26    means of false and fraudulent pretenses, representations and promises, to wit: defendant, BRIAN

27    PEREZ, deposited a counterfeit check, numbered 1613, drawn on the Bank of America account

28

1  of AWSM Technology in the amount of $4,892.88 with Brian Perez as the payee, knowing he

2  was not the authorized payee.

3        In violation of Title 18, United States Code, Section 1344.

4                                 A TRUE BILL

5

6                                 S/
                                  FOREPERSON OF THE GRAND JURY
7                                 Date: 10/26/05

8  PAUL K. CHARLTON
   United States Attorney
   District of Arizona
9

10

11  PAUL V. ROOD
    Assistant U.S. Attorney
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28