AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

☒ FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 2 4 2005

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

DISTRICT OF __Colorado__

CR 05-1131-PHX-DGC

UNITED STATES OF AMERICA

v.

__Brian Perez__
Defendant

WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint/Indictment)

05-220M

CASE NUMBER: __05-1229M__

CHARGING DISTRICTS
CASE NUMBER: _____

I understand that charges are pending in the _____ District of __Arizona__

alleging violation of: __18 USC 1344__ and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(✗) identity hearing

( ) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant

__10/11/05__
Date

_____
Defense Counsel



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| PATRICIA A. COAN<br>U.S. MAGISTRATE JUDGE | Lucy Kenyon<br>Deputy Clerk |
| Case Number: 05-1229M<br>Date: OCTOBER 5, 2005 | FTR PAC PM |
| UNITED STATES OF AMERICA | Matthew Kirsch |
| v. | |
| BRIAN PEREZ | Without Counsel |

INITIAL APPEARANCE (DISTRICT OF ARIZONA)

Court in Session: 2:19 p.m.

Court calls case and appearances. Susan Heckman is present from Pretrial Services.
Defendant advised of all rights, charges. Matthew Kirsch gives penalties.
Defendant advised of his right to identity hearing.
Defendant advised of a Rule 20 transfer.

Defendant states that he would like to stay in Colorado.

Defendant states that he is unable to retain counsel and requests that the Court appoint counsel.
Financial affidavit is tendered.

**ORDERED:** The Office of the Federal Public Defender has been appointed to represent the defendant.

Government is seeking detention at this time.

**ORDERED:**
- Identity, Preliminary and Detention Hearing is set for **October 11, 2005 at 2:00 p.m.**
- Defendant remanded to custody.

Court in Recess: 2:29 p.m.

Hearing concluded
Time: 10 minutes



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2005 OCT -7 AM 11: 13

GREGORY C. LANGHAM
CLERK

BY_____DEP. CLK

CASE NO.   05-1229M

UNITED STATES OF AMERICA,

Plaintiff,

v.

**BRIAN PEREZ,**

Defendant.

---

## NOTICE OF APPEARANCE
## OBJECTION TO RULE 10 ARRAIGNMENT BY VIDEO CONFERENCE

---

The Office of the Federal Public Defender, by and through undersigned counsel hereby enters its appearance in the above captioned case.

The defendant, through undersigned counsel, objects to the arraignment under Rule 10 of the Federal Rules of Criminal Procedure being conducted by video conference and requests to be personally present in open court during the arraignment.

Respectfully submitted,

RAYMOND P. MOORE
Federal Public Defender

*/s/ Susan L. Fisch*

SUSAN L. FISCH
Assistant Federal Public Defender
633 - 17th Street, Suite 1000
Denver, Colorado 80202
(303) 294-7002

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing

**NOTICE OF APPEARANCE OBJECTION TO RULE 10 ARRAIGNMENT BY VIDEO CONFERENCE**

was furnished to the following on October __7__, 2005.

Patricia Davies
Assistant U.S. Attorney
1225 - 17th Street, Suite 700
17th Street Plaza
Denver, Colorado 80202

Bernice Roybal

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| PATRICIA A. COAN<br>U.S. MAGISTRATE JUDGE | Lucy Kenyon<br>Deputy Clerk |
| Case Number: 05-1229M<br>Date: OCTOBER 11, 2005 | FTR PAC PM |
| UNITED STATES OF AMERICA | Patricia Davies |
| v. | |
| BRIAN PEREZ | Susan Ficsh  PD |

---

IDENTITY, PRELIMINARY AND DETENTION HEARING

---

Court in Session:   2:52 p.m.

Court calls case and appearances.  Susan Heckman is present from Pretrial Services.

Defendant tenders a waiver of identity and reserves the preliminary for the District of Arizona. Defendant advised of all conditions of the waiver.

**ORDERED:**
- waiver found to be knowing and voluntarily;
- waiver accepted;
- Preliminary Hearing reserved for the District of Arizona.

Government withdrawals motion for detention and has no objections to the recommendation of Pretrial.

No objections by the defendant.

**ORDERED:**
- Court adopts the recommendation of Pretrial.
- Bond **GRANTED**. $10,000 unsecured with the following special conditions:

- shall report on a regular basis to his supervising officer;
- shall seek/maintain employment that is acceptable to Pretrial Services;
- shall not obtain a passport;
- travel is restricted to the state of Colorado and Ariziona for Court appearances;
- shall refrain from possessing a firearm, destructive device or any other dangerous weapon;
- shall refrain from excessive use of alcohol;
- shall refrain from any use or possession of a narcotic drug;
- shall submit to testing as deemed appropriate by his supervising officer;
- shall participate in treatment as deemed appropriate by his supervising officer;

PAGE TWO  
05-1229M

- shall report to Pretrial any contact with law enforcement;
- shall not act as an informant for any law enforcement agency without prior permission from the Court;
- shall disclose any/all financial information requested by Pretrial Services;
- shall not work in any capacity where he has access to the identifying information (including financial) of any person;

- Defendant advised of all conditions of the bond. Bond executed and defendant will be released after processing.

Ms. Davis states that she will obtain a date certain from the District of Arizona and advised Pretrial in order that they can advised the defendant.

**ORDERED:**

- defendant shall appear on the date in the district of Arizona as advised by Pretrial Services;

- Status Hearing (tentative) is set for **November 18, 2005 at 1:30 p.m.** If defendant has appeared, hearing will be VACATED

Court in Recess: 3:03 p.m.

Hearing Concluded  
Time: 12 minutes

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

Brian Perez

**ORDER HOLDING DEFENDANT TO ANSWER AND TO APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION**

Case Number: 05-1229M

Charging District Case Number:

The defendant having appeared before this Court pursuant to Rule 40, Fed. R. Crim. P., and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the _____ District of  Arizona _____ ; and shall appear at all proceedings as required.

The defendant shall next appear at (if blank, to be notified)  _____

*Place and Address*

_____ on  the date as advised by pretrial servis _____

*Date and Time*

10-11-05

*Date*

_____
*Signature of Judicial Officer*

Patricia A Coan
US Magistrate Judge

*Name and Title of Judicial Officer*

7

TERMED

# U.S. District Court
## District of Colorado (Denver)
### CRIMINAL DOCKET FOR CASE #: 1:05-mj-01229-PAC-ALL
### Internal Use Only

Case title: USA v. Perez
Other court case number: 05-0220M District of Arizona at Phoeniz

Date Filed: 10/05/2005

Assigned to: Magistrate Judge Patricia A. Coan

### Defendant

**Brian Perez** (1)
*TERMINATED: 10/11/2005*

represented by **Susan L. Fisch**
Federal Public Defender's Office-Denver
633 17th Street
#1000
Denver, CO 80202
U.S.A
303-294-7002
Fax: 303-294-1192
Email: Susan_Fisch@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: *Public Defender or Community Defender Appointment*

### Pending Counts

None

### Disposition

### Highest Offense Level (Opening)

None

### Terminated Counts

None

### Disposition

I, the undersigned, Clerk of the United States District Court for the District of Colorado, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.
WITNESS my hand and SEAL of said position this __ day of Oct '05
GREGORY C. LANGHAM
By _____
Deputy

### Highest Offense Level (Terminated)

None

### Complaints

None

**Plaintiff**

USA      represented by **Patricia W. Davies**
United States Attorney's Office-Denver
Colorado
1225 17th Street
#700
Denver, CO 80202
U.S.A
303-454-0100
Fax: 454-0404
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/05/2005 | 1 | RULE 5 AFFIDAVIT from the District of Arizona at Phoenix by USA as to Brian Perez (klt, ) (Entered: 10/05/2005) |
| 10/05/2005 | 2 | Minutes of Initial Appearance in Rule 5(c)(3) Proceedings before Judge Patricia A. Coan as to Brian Perez held on 10/5/2005; office of FPD appointed to represent defendant; Detention, preliminary and identity hearing set for 10/11/2005 02:00 PM before Magistrate Judge Patricia A. Coan; dft remanded to custody(Court Reporter FTR PAC PM.) (klt2, ) (Entered: 10/11/2005) |
| 10/05/2005 | 3 | CJA 23 Financial Affidavit by Brian Perez (klt2, ) (Entered: 10/11/2005) |
| 10/07/2005 | 4 | NOTICE OF ATTORNEY APPEARANCE: Susan L. Fisch appearing for Brian Perez (klt2, ) (Entered: 10/11/2005) |
| 10/11/2005 | 5 | Minutes of identity, detention and preliminary hearing before Judge Patricia A. Coan as to Brian Perez held on 10/11/2005; dft waived identity hearing and reserved right to prelim in charging district; Bond set as to Brian Perez (1) $10,000/unsecured; dft to appear in AZ as directed; tentative status hearing set in this district on 11/18/05 at 1:30 if dft has not appeared in AZ; bond executed; dft released (Court Reporter FTR PAC PM.) (klt, ) (Entered: 10/14/2005) |
| 10/11/2005 | 6 | WAIVER of Rule 5 & 5.1 Hearing by Brian Perez (klt, ) (Entered: 10/14/2005) |
| 10/11/2005 | 7 | ORDER Holding Dft to Answer and Appear as to Brian Perez. Signed by Magistrate Judge Patricia A. Coan on 10/11/05. (klt, ) (Entered: 10/14/2005) |
| 10/11/2005 | 8 | Appearance Bond Entered as to Brian Perez in amount of $ 10,000/unsecured. (klt, ) (Entered: 10/14/2005) |
| | | |

| 10/11/2005 | 9 | ORDER Setting Conditions of Release as to Brian Perez (1) $10,000/unsecured . Signed by Magistrate Judge Patricia A. Coan on 10/11/05. (klt, ) (Entered: 10/14/2005) |
| --- | --- | --- |
| 10/11/2005 |  | MAGISTRATE CASE TERMINATED as to Brian Perez . (klt, ) (Entered: 10/14/2005) |
| 10/17/2005 | 10 | Removal Documents Sent To District of Arizona (tll, ) (Entered: 10/17/2005) |