# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**SEALED**

United States of America

v.

Brian Perez

**SUMMONS IN A CRIMINAL CASE**

CASE NUMBER: CR05-1131-PHX-DGC

☒ FILED  ☐ LODGED
☐ RECEIVED  ☐ COPY

NOV 10 2005

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the date and time set forth below.

| PLACE: | ROOM NO.: |
|---|---|
| 401 W. Washington St., SPC 14 Phoenix, Arizona | Courtroom 303 |
| BEFORE: MAGISTRATE JUDGE VIRGINIA A. MATHIS | DATE AND TIME: **Wednesday, November 9, 2005 at 10:45 AM** |

To answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Violation Notice
☐ Probation Petition  ☐ Supervised Release

Charging you with a violation of: Bank fraud, United States Code Title 18, Section 1344 (felony, four counts).

Richard H. Weare, Clerk of Court/DCE
Signature of Issuing Officer

October 27, 2005
Date

R. Slaugenhoupt, Deputy Clerk
Name and Title of Issuing Officer

NOV 07 2005 14:47 FR USMS DENVER      303 844 3704 TO 916023828780      P.03/03
NOV. -07'05(MON) 15:02   USMS GRAND JCT COLO      TEL:970 245 7509      P.002
NOV 07 2005 09:35 FR USMS DENVER      303 844 4535 TO USMS GJ      P.02/08
10/28/2005  10:58   6023828780      USMS PHX CIVIL      PAGE   04/10

| RETURN OF SERVICE |
|---|
| Service was made by me on: 7 Nov 2005         Date   7 Nov 2005 |
| Check one box below to indicate appropriate method of service |

☒ Served personally upon the defendant at: U.S. Marshals Office Grand Junction, Colo.

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on   7 Nov. 2005
              Date

Ed Zahren
Name of United States Marshal

[signature]
(by) Deputy United States Marshal

Remarks:   Service:    $45.00
           Forwarding:   8.00
           Total:      $53.00
           Total owed to U.S. Marshal: $53.00

1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.