UNITED STATES DISTRICT COURT                         MAGISTRATE JUDGE'S MINUTES
DISTRICT OF ARIZONA - Phoenix

DATE: 11/9/2005            CASE NUMBER:   CR 05-01131-001-PHX-DGC

USA vs. Brian Perez

U.S. MAGISTRATE JUDGE:  VIRGINIA A. MATHIS   #: 70BF

A.U.S. Attorney  Darcy Cerow for Paul V. Rood         INTERPRETER
                                                      LANGUAGE
Attorney for Defendant  Celia Rumann (AFPD)

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ SUMMONS

☐ DOA            ☒ Initial Appearance          ☒ **Appointment of counsel hearing held**
☐ Financial Afdvt taken   ☐ Defendant Sworn    ☒ Defendant Sworn for Financial Afdvt

☐ Defendant states true name to be ___. Further proceedings ORDERED in Defendant's true name.

**DETENTION HEARING:**
☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset
Set for:
Before:
☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released ___
☐ Defendant continued detained pending trial
   ☐ Flight risk  ☐ Danger

**ARRAIGNMENT HEARING:**
☒ Held  ☐ Con't  ☐ Reset
Set for:
Before:
Plea of NOT guilty entered to Counts <u>all pending</u>.
DATE OF MOTION DEADLINE: 15 days
Defendant bound over to U.S.D.C. for trial on 1/10/2006 at 9:00 AM in Courtroom 603 before JUDGE CAMPBELL

**STATUS HEARING RE :** Set for   before

Other: Defendant previously released in District of Colorado.  Defendant is to take care of the warrant in Yuma on 11/10/05, and then take care of the warrant in Maricopa County on 11/14/05.  If defendant is taken into custody in Yuma, then he must take care of the warrant in Maricopa County when released.

                              Recorded by Courtsmart
                              BY:  Kathy Lara
                              Deputy Clerk