IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | NO. CR05-1131 PHx-DGC |
|---|---|
| Plaintiff, | **ORDER APPOINTING COUNSEL** |
| v. | |
| Brian Perez, | |
| Defendant. | |

The Defendant has, under oath, sworn or affirmed as to his/her financial inability to employ counsel, for the offense of: 4 Counts Bank Fraud,

**IT IS HEREBY ORDERED** appointing the Federal Public Defender by:

( ) United States District Judge _____

(X) United States Magistrate Judge  Mathis

CASE ASSIGNED TO: Celia Rumann
Assistant Federal Public Defender
District of Arizona
850 W. Adams Street, Suite 201
Phoenix, Arizona 85007
Office: (602) 382-2700, Fax: (602) 382-2800

DATED this 9th day of November, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

\AppointOrderFPD