JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams Street, Ste. 201
Phoenix, Arizona 85007
Telephone: (602) 382-2729

CELIA RUMANN
AZ State Bar No. #0015993
Asst. Federal Public Defender
Attorney for Defendant
celia_rumann@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Brian Perez,<br><br>    Defendant. | No. CR-05-1131-PHX-DGC<br><br>**MOTION TO CONTINUE TRIAL AND TO EXTEND THE PRETRIAL MOTIONS DEADLINE**<br><br>**(First Request)** |

Defendant Brian Perez, by and through undersigned counsel, hereby respectfully requests this Court to extend the pretrial motions deadline from the current date of November 24, 2005, for a period of thirty (30) days. Defendant further requests that this Court continue the trial date from January 10, 2006 for a period of thirty (30) days. Defendant has not yet received the discovery in the case. Defendant needs the requested additional time to conduct adequate investigation into the facts of the case, research any legal issues present, and to determine whether pretrial resolution of this matter is possible.

Defense counsel has spoken with Assistant United States Attorney Paul Rood concerning this motion, and the government has no objection to the requested continuance.

/ /

/ /

It is expected that excludable delay under Title 18 U.S.C. §3161(h)(1)(F) will occur as a result of this motion or from an order based thereon.

Respectfully submitted:  November 21, 2005.

JON M. SANDS
Federal Public Defender


s/Celia M. Rumann
CELIA M. RUMANN
Asst. Federal Public Defender

Copy of the foregoing transmitted
by CM/ECF for filing this 21st day
of November, 2005, to:

CLERK'S OFFICE
United States District Court
Sandra Day O'Connor Courthouse
401 W. Washington
Phoenix, Arizona 85003

Paul Rood
Assistant U.S. Attorney
United States Attorney's Office
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408

Copy mailed to:

Brian Perez
Defendant

 s/Celia M. Rumann
**\CNT TRL/PTM MTN**