IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>     Plaintiff,<br><br>v.<br><br>Brian Perez,<br><br>     Defendant. | No. CR-05-1131-PHX-DGC<br><br>**ORDER**<br><br>**(1st Request)** |

Upon motion of the defendant, and good cause appearing therefore,

IT IS HEREBY ORDERED that the trial in this case set for January 10, 2006, is continued to February 14, 2006, at 9:00 a.m. in Phoenix, Arizona.

IT IS FURTHER ORDERED that the defendant's Motion to Extend Time for Filing Pretrial Motions and to Continue Trial is granted pursuant to 18 U.S.C. § 3161(h)(8)(A) and (1)(F).  This Court specifically finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial.  This finding is based upon the court's conclusion that the failure to grant such a continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS HEREBY ORDERED extending the time to file pretrial motions in CR-05-1131-PHX-DGC from November 24, 2005, until January 20, 2006.

IT IS FURTHER ORDERED that any subpoenas previously issued and served in this matter remain in effect and are answerable at the new trial date and the party who served the subpoena should advise the witnesses of the new trial date.

IT IS FURTHER ORDERED that excludable delay under Title 18 U.S.C. §3161(h)(8)(A) will commence on November 21, 2005 for a total of 85 days.

DATED this 2nd day of December, 2005.

_____
David G. Campbell
United States District Judge