**UNITED STATES DISTRICT COURT**                                        **CRIMINAL SENTENCING MINUTES**
**DISTRICT OF ARIZONA - Phoenix**

DATE:  8/14/2006          CASE NUMBER:   CR 05-01131-001-PHX-DGC

Hon.  DAVID G. CAMPBELL, United States District Judge  #: 7031

USA vs.  Brian Perez

DEFT: ☒ PRESENT  ☐ NOT PRESENT  ☒ Released

Deputy Clerk  Lisa Richter                          Crt Rptr/ECR:  Patricia Lyons

A.U.S. Attorney  Paul Rood                          Interpreter
                                                    Language
Attorney for Defendant  Celia Rumann (AFPD)

☐   Dft not appearing, on mot of US Atty, order bond revoked/forfeited and B/W issued

**JUDGMENT   [SENTENCE]**

☐   Defendant is placed on probation for a period of _____

    on Ct(s)   ☐ with supervision ☐ w/o supervision

☒   Committed to the custody of the Bureau of Prisons to be imprisoned for a period of   TIME SERVED
    on Ct(s) 1

☒   Supervised release term of  5 Years  by law on Ct(s)  1

☐   Fine of  $0.00  on Ct(s) 1                                    TOTAL FINE  $0.00

☒   Restitution of  $12,216.35  ordered pursuant to 18 U.S.C. 3596

☒   Special Assessment of  $100.00  pursuant to 18 U.S.C. 3013 on Ct(s)  1

☒   On Motion of U.S. Atty: Ct(s) all remaining counts are dismissed

☐   Order bond exonerated          ☐ Bond exonerated upon surrender to USM

☒   Dft advised of right to appeal          ☐ Appeal bond set at $

☐   Dft to surrender under Voluntary Surrender Program as directed to the designated institution by the
    U.S. Marshal.

☒   The Court accepts the plea agreement.

☐   Other: