PROBATION FORM NO. 35  
(1/92)

Report and Order Terminating Probation/  
Supervised Release  
Prior to Original Expiration Date

☒ FILED ☐ LODGED  
☐ RECEIVED ☐ COPY

MAY 0 7 2009

CLERK U S DISTRICT COURT  
DISTRICT OF ARIZONA  
BY_____ DEPUTY

# United States District Court
## FOR THE
### DISTRICT OF ARIZONA

UNITED STATES OF AMERICA

v.  Crim. No. 05CR01131-001-PHX-DGC

BRIAN PEREZ

On 8/14/2006 the above named was placed on supervised release for a period of five years. He has complied with the rules and regulations of supervised release and is no longer in need of supervised release. It is accordingly recommended that he be discharged from supervised release.

Respectfully submitted,

_____  
Kathleen Strand  
U. S. Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this 4 day of May, 2009.

_____  
The Honorable David G. Campbell  
United States District Judge